Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–11970–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Eleanor H. Chambers
  130 Plumtree Lane
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–2676

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 3, 2016.

On 6/2/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:        July 12, 2017
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 2, 2017
JAN: gan

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-11970-KCF
Eleanor H. Chambers                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Jun 02, 2017
                            Form ID: 185             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
```
db             +Eleanor H. Chambers,    130 Plumtree Lane,    Willingboro, NJ 08046-2655
cr             +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC as servicing agent,    c/o Buckley Madole PC,
                 99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515980913      +Bank of New York,    225 Liberty Street,    New York City, NY 10281-3200
515980914      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515980916      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
516119110      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515980917      +Virtua Health,    2000 Crawford Pl, Ste 200,    Mt Laurel, New Jersey 08054-3954
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2017 22:29:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2017 22:29:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515980912      +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2017 22:28:30     Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
515995457       E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2017 22:28:30     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
515980915      +E-mail/Text: bankruptcy@pseg.com Jun 02 2017 22:28:28     PSEG,    Attn Bankruptcy Department,
                 PO Box 490,    Cranford, NJ 07016-0490
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for the Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
              Steven N. Taieb    on behalf of Debtor Eleanor H. Chambers staieb@comcast.net
                                                                                              TOTAL: 7
```