| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on October 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Eleanor H. Chambers<br><br>                                                  Debtor(s) | Case No.: 16-11970 / KCF<br><br>Judge: Kathryn C. Ferguson<br><br>Chapter: 13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: October 16, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Eleanor H. Chambers  
    Debtor

Case No. 16-11970-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2017.  
db         +Eleanor H. Chambers,   130 Plumtree Lane,   Willingboro, NJ 08046-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj_ecf_notices@buckleymadole.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for the Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com  
        Steven N. Taieb    on behalf of Debtor Eleanor H. Chambers staieb@comcast.net

                                                                                                                  TOTAL: 7